PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Edwin Rivera                                              Cr.: 96-00114-010

Name of Sentencing Judicial Officer: The Honorable Maryanne Trump Barry, United States District Judge

Re-Assigned: 02/16/00: The Honorable Joseph A. Greenaway, United States District Judge

Date of Original Sentence: 03/20/97

Original Offense: Conspiracy to Possess with Intent to Distribute More than 100 grams of heroin

Original Sentence: 200 months custody; 5 years supervised release; $1,000 fine; $50 special assessment, with a special condition of drug testing/treatment if necessary.

Type of Supervision: Supervised Release                      Date Supervision Commenced: 06/16/04

## PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

> The defendant is to be confined to his residence for a period of 2 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

## CAUSE

> On July 25, 2007, a criminal complaint was signed by Ms. Maria Pagon, the offender's girlfriend, alleging the offender assaulted her. The offender and Ms. Pagon were residing together with their infant son. The complaint indicates Rivera purposely attempted to cause or did cause bodily injury by grabbing her by the arm after a verbal dispute. The offender was arrested on the warrant on July 30, 2007, and appeared in the Municipal Court of Camden on July 31, 2007; he was released on $500 bail. The matter has been scheduled for August 14, 2007 for final disposition.
>
> The probation officer spoke with the victim who advised she left the residence after the incident and has been staying with a family member. Ms. Pagon has no interest in reconciling the relationship. The

PROB 12B - Page 2
Edwin Rivera

offender has also moved out of their joint residence and is currently living with his grandmother.

Respectfully submitted,

By: Sharon A. O'Brien
Senior U.S. Probation Officer
Date: 08/02/07

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

8-9-07
_____
Date