**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA

-vs-                                                   Case No.  02:96cr114-10(JAG)

EDWIN RIVERA

### ORDER OF DETENTION PENDING HEARING ON REVOCATION OF SUPERVISED RELEASE

The Defendant having appeared before the Court for an initial appearance on July 2, 2008, in connection with a Warrant for Arrest of Defendant for a violation of the terms of his supervised release; and

The Court having conducted a Detention Hearing on July 2, 2008; and

The Court having determined that Defendant consents to Detention at this time without prejudice and that Defendant did not satisfy his burden of proof pursuant to F.R. Crim. P. 32.1(a)(6) to establish that Defendant will not pose a danger to any other person or to the community; and for the reasons stated on the record, and in view of the charges against Defendant, the strength of the evidence against him, and the Defendant's prior record;

**IT IS** on this 2nd day of July, 2008, hereby

**ORDERED** that Defendant is detained without bail pending the final revocation hearing in this matter scheduled for July 24, 2008 at 2:00 pm before the Hon. Joseph A. Greenaway, U.S.D.J.

JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE