UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| v. | : | |
| EDWIN RIVERA | : | Crim. No. 96-114-010 (JAG) |

This matter having been opened to the Court upon the application of the United States of America, by Christopher J. Christie, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Edwin Rivera ("Defendant"); and the parties having consented on the record; and for good cause shown,

IT IS on this 12th day of August, 2008

ORDERED that, the hearing on Defendant's violation of supervised release is hereby ADJOURNED until December 8, 2008, at 10:30 a.m., or such other date and time as the Court shall determine; and it is further,

ORDERED that, Defendant shall be transported at the earliest practicable date from his current place of confinement to an in-patient treatment and counseling facility to be selected by the United States Probation Office for the District of New Jersey, at which defendant shall submit to: (i) alcohol and drug treatment and counseling; (ii) anger-management treatment and counseling; and (iii) domestic violence treatment and counseling for a period not less than 90 days and not more than 120 days; and it is further,

ORDERED that, in the event that Defendant fails to successfully complete any and all treatment and counseling programs required by this Order, whether by voluntary withdrawal or

involuntary expulsion from such in-patient treatment and counseling facility as Defendant may be assigned, the hearing on Defendant's violation of supervised release shall reconvene in this Court at the earliest practicable date upon notice to the Court by the United States Probation Office for the District of New Jersey; and it is further,

ORDERED that, in the event that Defendant successfully completes any and all treatment and counseling programs required by this Order, Defendant shall be released from such in-patient treatment and counseling facility to which he is assigned and shall report immediately to the United States Probation Office for the District of New Jersey and resume normal compliance with any and all of the requirements imposed as conditions of Defendant's current supervised release.

_____
HONORABLE JOSEPH A. GREENAWAY, JR.
United States District Judge